UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHANNA DIAZ, JONATHAN RODRIGUEZ, ISRAEL SANTANA, HENRY GONZALEZ, TASHAUNDA FOOTMAN, on behalf of themselves and all others similarly situated, AND ROBERT CONVERSE, ISAAC RODRIGUEZ, and JESSE DAVIS, individually,<br><br>Plaintiffs,<br><br>-against-<br><br>MICHIGAN LOGISTICS INC. d/b/a DILIGENT DELIVERIES, NORTHEAST LOGISTICS, INC. d/b/a DILIGENT DELIVERIES, and PARTS AUTHORITY, INC.,<br><br>Defendants. | Civil Action No. 15-cv-01415 (LDW)<br><br>**DECLARATION OF LARRY BROWNE IN SUPPORT OF MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS PENDING ARBITRATION** |

I, Larry Browne, declare as follows:

1.     I am the Chief Executive Officer for Defendants Michigan Logistics Inc. d/b/a Diligent Deliveries and Northeast Logistics Inc. d/b/a Diligent Deliveries (collectively, "Diligent").

2.     I have personal knowledge of the facts set forth in this Declaration and/or knowledge based on personal review of business records made at or near the time by someone with knowledge, or knowledge from review of information transmitted by someone with knowledge. Such records are kept in the course of regularly conducted business activity and were made as part of a regular practice of that activity.

3.     Diligent is a third-party logistics company engaged in the business of arranging commercial transportation services on behalf of its clients in the automotive industry. This is a two-step process: Diligent first evaluates a customer's specific transportation needs, and then offers contract engagements to independent third-party

transportation providers ("Owner-Operators") capable of providing the requested services.

4.      Parts Authority, Inc. ("Parts Authority") is one of Diligent's customers.

5.      Michigan Logistics Inc., which is a Texas corporation, does business in four states, including New York, Rhode Island, New Jersey, and Connecticut.

6.      Northeast Logistics Inc., a Texas corporation, also does business in four states, including New York, Rhode Island, New Jersey, and Connecticut.

7.      At the outset of a new contractual relationship, each Owner-Operator enters into an Owner-Operator Agreement with Diligent, which contract memorializes each party's rights and obligations.   The Owner-Operator Agreements all contain Alternative Dispute Resolution ("ADR") Provisions.

8.      Plaintiff Henry Gonzalez entered into an Owner-Operator Agreement with Diligent on or around August 21, 2014.   A true and correct copy of Mr. Gonzalez's Owner-Operator Agreement is attached hereto as **Exhibit A**.   Mr. Gonzalez did not opt-out of the ADR Provision contained in his Owner-Operator Agreement within the 30-day opt-out period.

9.      Plaintiff Johanna Diaz entered into an Owner-Operator Agreement with Diligent on or around April 9, 2014.   A true and correct copy of Mr. Gonzalez's Owner-Operator Agreement is attached hereto as **Exhibit B**.   Ms. Diaz did not opt-out of the ADR Provision contained in her Owner-Operator Agreement within the 30-day opt-out period.

10.     Plaintiff Robert Converse entered into an Owner-Operator Agreement with Diligent on or around January 23, 2014.   A true and correct copy of Mr. Converse's

2

Owner-Operator Agreement is attached hereto as **Exhibit C**. Mr. Converse did not opt-out of the ADR Provision contained in his Owner-Operator Agreement within the 30-day opt-out period.

11. Plaintiff Isaac Rodriguez entered into an Owner-Operator Agreement with Diligent on or around July 8, 2014. A true and correct copy of Mr. Rodriguez's Owner-Operator Agreement is attached hereto as **Exhibit D**. Mr. Rodriguez did not opt-out of the ADR Provision contained in his Owner-Operator Agreement within the 30-day opt-out period.

12. Plaintiff Jesse Davis entered into an Owner-Operator Agreement with Diligent on or around February 7, 2014. A true and correct copy of Mr. Davis's Owner-Operator Agreement is attached hereto as **Exhibit E**. Mr. Davis did not opt-out of the ADR Provision contained in his Owner-Operator Agreement within the 30-day opt-out period.

13. Plaintiff Tashaunda Footman entered into an Owner-Operator Agreement with Diligent on or around September 25, 2013. A true and correct copy of Ms. Footman's Owner-Operator Agreement is attached hereto as **Exhibit F**.

14. Plaintiff Jonathan Rodriguez entered into an Owner-Operator Agreement with Diligent on or around May 1, 2013. A true and correct copy of Mr. Rodriguez's Owner-Operator Agreement is attached hereto as **Exhibit G**.

///

///

///

///

3

15.　　Plaintiff Isreal Santana entered into an Owner-Operator Agreement with Diligent on or around May 21, 2013. A true and correct copy of Mr. Santana's Owner-Operator Agreement is attached hereto as **Exhibit H**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 11, 2015
　　　　Houston, Texas

By: _____
　　　LARRY BROWNE

Firmwide:135183852.1 077944.1011

4