# SHULMANKESSLER LLP

September 8, 2016

**VIA ECF**

Hon. Leonard D. Wexler, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11701

    Re:    *Diaz v. Michigan Logistics Inc., et al.*
            Case No.:  15 Civ. 1415 (LDW) (ARL)

Dear Judge Wexler:

    My office represents Plaintiffs in the above referenced matter.

    The parties resolved this matter before the National Labor Relations Board, Region 29, the Hon. Kenneth W. Chu, A.L.J.  The resolution was approved by Judge Chu.  As such, the parties respectfully request that Your Honor so order the Stipulation of Dismissal with prejudice (ECF No. 70).

    Thank you for Your Honor's consideration of this matter.

                                                     Respectfully submitted,

                                                      /s/ Troy L. Kessler
                                                      Troy L. Kessler

cc:    Andrew P. Marks
        Sharon P. Stiller