UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOHANNA DIAZ, JONATHAN RODRIGUEZ,
ISREAL SANTANA, HENRY GONZALEZ, TASHAUNDA
FOOTMAN, on behalf of themselves and all others similarly
situated, and ROBERT CONVERSE, ISAAC RODRIGUEZ, and
JESSE DAVIS,

         Plaintiffs,

  - against -

MICHIGAN LOGISTICS INC. d/b/a DILIGENT DELIVERIES,
NORTHEAST LOGISTICS, INC. d/b/a DILIGENT DELIVERIES,
and PARTS AUTHORITY INC.,

         Defendants.
---------------------------------------------------------------X

Case No.: 15 Civ. 1415 (LDW) (ARL)



## STIPULATION OF DISMISSAL WITH PREJUDICE

  IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, that all claims in this action against Defendants are dismissed with prejudice, with neither party as a prevailing party and with each party to bear its own costs and attorneys' fees incurred in connection with this action.

  Facsimile and electronic signatures shall be deemed effective as original signatures on this Stipulation.

Dated: ~~August ___, 2016~~ 9/6/2016

**SHULMAN KESSLER LLP**

By: _____
Troy L. Kessler
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
*Attorneys for Plaintiffs*

Dated: September 6, 2016

**LITTLER MENDELSON, PC**

By: /s/ Andrew P. Marks
Andrew P. Marks
900 Third Avenue
New York, New York 10022
(212) 583-9600
*Attorneys for Defendants
Michigan Logistics Inc. and
Northeast Logistics, Inc.*

**ABRAMS, FENSTERMAN,
FENSTERMAN EISMAN, FORMATO,
FERRARA & WOLF, LLP**

By: s/Sharon P. Stiller

DocuSign Envelope ID: 43A20A2D-8B9C-4BA8-B649-4C72324529B2
Case 2:15-cv-01415-LDW-ARL Document 70 Filed 09/06/16 Page 2 of 2 PageID #: 579
Case 2:15-cv-01415-LDW-ARL Document 72 Filed 09/09/16 Page 2 of 2 PageID #: 582

160 Linden Oaks, Suite E
Rochester, New York 14625
(585) 218-9999
*Attorneys for Defendant*
*Parts Authority, Inc.*

SO ORDERED:

/s/ _____
U.S.D.J.
Central Islip, NY
9/9/16